No. 85–5461.   BRAY *v.* DODGE COUNTY, GEORGIA, ET AL. C. A. 11th Cir.   Certiorari denied.

No. 85–5463.   WESER *v.* SAFFELS, JUDGE, UNITED STATES DISTRICT COURT, DISTRICT OF KANSAS.   C. A. 10th Cir.   Certiorari denied.

No. 85–5469.   MOORE *v.* RICE, WARDEN, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 85–5480.   WOLD *v.* LERNER.   C. A. 7th Cir.   Certiorari denied.

No. 85–5492.   GAY *v.* HENRY, PROTHONOTARY, SUPERIOR COURT OF PENNSYLVANIA, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 85–5499.   BROWN *v.* BELZ.   C. A. 11th Cir.   Certiorari denied.

No. 85–5501.   DARUD *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 85–5526.   WHITE *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 85–5558.   GOODPASTER *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 85–5559.   CALHOUN *v.* OHIO.   Sup. Ct. Ohio.   Certiorari denied.

No. 85–5574.   WICKHAM *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 85–5575.   VIGNE *v.* UNITED STATES.   C. A. D. C. Cir. Certiorari denied.

No. 85–5579.   MITCHELL *v.* UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 85–5580.   PELLETIER *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 85–5586.   ALLEN *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 85–5621.   DiMAGGIO *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.